**COM.**

v.

**MCFARLAND, M.**

**2200 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–15–CR–0004070–2014 (Chester)

Affirmed

**WRIGHT, C.**

v.

**STATE FARM INSURANCE CO.**

**2338 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

June Term, 2015 No. 2317
(Philadelphia)

Quashed

**COM.**

v.

**WILSON, H.**

**2459 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0001317–2016 (Philadelphia)

Affirmed

**301 MARKET ST.**

v.

**WHEELER, J.**

**2658 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

No. 01818, December Term, 2013 (Philadelphia)

Affirmed

**WRIGHT, C.**

v.

**STATE FARM INSURANCE CO.**

**2829 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

June Term, 2015 No. 2317 (Philadelphia)

Quashed

**COM.**

v.

**PINES, G.**

**2916 EDA 2016**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0003937–2015 (Philadelphia)

Affirmed

